1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18
19
20

| | |
|---|---|
| CEDRICK D. JONES,<br>Booking # 20940268,<br><br>                    Plaintiff,<br><br>     vs.<br><br>SAN DIEGO POLICE, et al.,<br><br>                 Defendants. | Case No.:  3:21-cv-00073-DMS-KSC<br><br>**ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE FOR FAILING TO PAY FILING FEE REQUIRED BY 28 U.S.C. § 1914(a) AND/OR FAILING TO MOVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915(a)** |

21

     Plaintiff Cedrick D. Jones ("Plaintiff"), currently detained at the George F. Bailey

22

Detention Facility, is proceeding pro se in this civil rights action pursuant to 42 U.S.C.

23

Section 1983.  (*See* ECF No. 1, Compl.)

24

**I.    Failure to Pay Filing Fee or Request *In Forma Pauperis* ("IFP") Status**

25

     All parties instituting any civil action, suit or proceeding in a district court of the

26

United States, except an application for writ of habeas corpus, must pay a filing fee of

27

///

28

///

1

$402.  *See* 28 U.S.C. § 1914(a).[1]  An action may proceed despite a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. Section 1915(a).  *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).  However, if the Plaintiff is a prisoner, and even if he is granted leave to commence his suit IFP, he remains obligated to pay the entire filing fee in "increments," *see Williams v. Paramo*, 775 F.3d 1182, 1185 (9th Cir. 2015), regardless of whether his case is ultimately dismissed.  *See* 28 U.S.C. § 1915(b)(1) & (2); *Taylor v. Delatoore*, 281 F.3d 844, 847 (9th Cir. 2002).

Plaintiff has not prepaid the $402 in filing and administrative fees required to commence this civil action.  Although Plaintiff has filed a Motion for Leave to Proceed IFP, (*see* ECF No. 2), he has not attached "a certified copy of the trust account statement (or institutional equivalent) for [Plaintiff] for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined" as required by 28 U.S.C. Section 1915(a)(2).  The trust account statements attached to Plaintiff's Motion to Proceed IFP and prison certificate are not signed by an official at George Bailey Detention Facility.  (*See* ECF No. 2, at 4-5.)  Without the certified trust account statements, the Court cannot determine whether Plaintiff is entitled to proceed IFP or assess what, if any, initial partial filing fee may be due.  *See* 28 U.S.C. § 1915(a), (b)(1).  As a result, Plaintiff's case cannot yet proceed.  *See* 28 U.S.C. § 1914(a); *Andrews*, 493 F.3d at 1051.

\\\

\\\

---

[1] In addition to the $350 statutory fee, civil litigants must pay an additionaladministrative fee of $52.  *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2020)).  The additional $52 administrative fee does not apply to persons granted leave to proceed IFP.  *Id.*

## II.  Conclusion and Order

For the reasons set forth above, the Court hereby:

(1)   **DISMISSES** this action sua sponte without prejudice for failure to pay the $402 civil filing and administrative fee or to submit a properly supported Motion to Proceed IFP pursuant to 28 U.S.C. Section 1914(a) and Section 1915(a); and

(2)   **GRANTS** Plaintiff **forty-five (45)** days leave from the date this Order is filed to:  (a) prepay the entire $402 civil filing and administrative fee in full; or (b) complete and file a properly supported Motion to Proceed IFP.  *See* 28 U.S.C. § 1915(a)(2); S.D. Cal. Civ. L.R. 3.2(b).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff with this Court's approved form "Motion and Declaration in Support of Motion to Proceed *In Forma Pauperis*."  If Plaintiff fails to either prepay the $402 civil filing fee or complete and submit a properly supported Motion to Proceed IFP within 45 days, this action will remain dismissed without prejudice based on Plaintiff's failure to satisfy the fee requirements of 28 U.S.C. Section 1914(a) and without further Order of the Court.

**IT IS SO ORDERED.**

Dated:   1/28/2021

_____
Hon. Dana M. Sabraw
Chief United States District Judge

3

3:20-cv-00073-DMS-KSC